UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-204 |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN<br>GERARD DUGUE | SECTION "N" (1) |

## ORDER AND REASONS

Presently before the Court are several motions filed by one or more of the defendants. Having carefully considered the parties' submissions, **IT IS ORDERED** that:

1. Mr. Dugue's Motion to Dismiss Counts 26-27 or, Alternatively, to Suppress Statements (Rec. Doc. 133) is **DENIED**.

2. Mr. Dugue's Motion to Sever the Trial of Counts 26-27 (Rec. Doc. 134) will be considered together with any *Bruton* motions that are filed in accordance with the Court's November 9, 2010 Order (Rec. Doc. 129).

3. Mr. Dugue's Motion to Dismiss Counts 11, 15 and 26 as Multiplicitous (Rec. Doc. 135) is **DENIED**.

1

4. Defendants' Joint Motion to Dismiss Counts 11, 14-15,17, 22-24 and 26 for Failure to Allege a Federal Crime (Rec. Doc. 136) is **DENIED**.

New Orleans, Louisiana, this 14th day of December 2010.

_____
**KURT D. ENGELHARDT**
**United States District Judge**