UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **NO. 10-0204** |
| | * | |
| **---VERSUS---** | * | **JUDGE ENGELHARDT** |
| | * | |
| **GERARD DUGUE** | * | **MAGISTRATE SHUSHAN** |

******************************************

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO CONTINUE**

**MAY IT PLEASE THE COURT:**

This *Memorandum* is respectfully submitted on behalf of Gerard Dugue and the United States of America (hereafter collectively the "Parties").

I.

This matter is currently set for trial on March 11, 2013.

II.

On January 11, 2013, Defendant Dugue filed---under seal---a *Motion to Dismiss* the indictment brought herein. The reasons supporting said Motion are known to this Court and are incorporated herein by reference so as to maintain the confidentiality of same.

III.

The hearing on the Defendant's *Motion* is scheduled for February 7, 2013. The Government's opposition brief is due on January 31, 2013. As expressed in prior e-mail correspondence to this Court by the Government, said opposition is to some extent to be informed by the submissions to and orders of this Court relating to the Court's November 26, 2012 order, to which the Court has given the Government until the end of January to respond.

IV.

It is currently unclear what impact this *Motion* practice will have.  It seems apparent, however, that any action on Mr. Dugue's *Motion* will come at or near the time of the scheduled trial.  This will complicate the deadline for actions taken preparatory to the trial date, including but not limited to the mailing of jury questionnaires and the return of same.  In light of these complications, the Parties feel it best to delay the trial of this matter pending action of this Court----and potentially any appellate court to which a Party aggrieved by this Court's ruling may appeal---on Mr. Dugue's *Motion to Dismiss*.

III.

The Parties agree that the delay sought herein should be considered excludable for purposes of the Speedy Trial Act.

IV.

The Parties agree that a continuance for these purposes serves the ends of justice and outweighs the best interests of the public and the Government in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).  They further suggest that a failure to grant a continuance in this case would cause a miscarriage of justice, pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).  They finally suggest that the failure to grant a continuance would deny all counsel the reasonable time necessary for effective preparation for trial and pretrial proceedings, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**WHEREFORE,** Gerard Dugue and the United States of America move this Court to continue the trial of this matter and to pick a new trial date after a telephone status conference with the Parties.

Respectfully submitted,                                         Respectfully submitted,

| | |
|---|---|
| /s/ Christopher Lomax | /s/ Michael W. Hill |
| **CHRISTOPHER LOMAX FL Bar #56220** | **CLAUDE J. KELLY (Bar #18074)** |
| 601 D Street NW | **MICHAEL W. HILL (Bar #25415)** |
| Office PHB 5536 | 700 Camp Street |
| Washington, DC 20004 | New Orleans, Louisiana 70130 |
| Telephone: (202) 307-5743 | Tel: 528-9500 |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he has e-filed this document this 14th day of January 2013 and that service will therefore be effected by e-transmission to all counsel of record.

/s/ Claude J. Kelly III