UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN<br>GERARD DUGUE | NO.  10-204<br><br><br><br><br>SECTION  "N"  (1) |

## ORDER AND REASONS

On November 1, 2013, the Court ordered that motions filed by The Times-Picayune, L.L.C., and The Associated Press, seeking access to all sealed and undocketed written filings, other submissions by the parties, transcripts, and any future hearings and other events, in this case (see Rec. Docs. 1126-2 and 1129-2) be granted in part and denied in part.  See Rec. Doc. 1179.  Now presently before the Court are seven motions to intervene filed by David Christensen  (Rec. Docs. 1138, 1147, 1150, 1152, 1158, 1169, 1177, and 1178).  The Court's November 1, 2013 Order and Reasons (Rec. Doc. 1179) determined which additional documents submitted in this matter should presently be made part of the publicly available record.  Given that ruling, **IT IS ORDERED** that Mr. Christensen's motions to intervene are **DENIED**.  Additionally, given the unnecessarily duplicative and repetitive nature of his requests, **IT IS FURTHER ORDERED** that Mr. Christensen immediately cease filing such motions.

New Orleans, Louisiana, this 4th day of <u>November</u> 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**