UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN<br>GERARD DUGUE | NO. 10-204<br><br><br><br><br>SECTION "N" (1) |

## ORDER AND REASONS

For the reasons stated in the Court's November 4, 2013 Order and Reasons (Rec. Doc. 1183), **IT IS ORDERED** that the eighth motion to intervene filed by David Christensen (Rec. Docs. 1182) is **DENIED**.

New Orleans, Louisiana, this 5th day of November 2013.

_____
**KURT D. ENGELHARDT**
United States District Judge