UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| KENNETH BOWEN<br>ROBERT GISEVIUS<br>ROBERT FAULCON<br>ANTHONY VILLAVASO<br>ARTHUR KAUFMAN<br>GERARD DUGUE | NO.  10-204<br><br><br><br><br>SECTION  "N"  (1) |

## ORDER AND REASONS

Presently before the Court is the "Motion to Have Anthony Villavaso Serve the Remainder of his Time (3 Months) on Home Confinement" (Rec. Doc. 1372).  Having carefully considered Mr. Villavaso's motion, the Government's memorandum in response (Rec. Doc. 1374), and the record in this matter, **IT IS ORDERED** that the motion is **DENIED** to the extent it asks that Mr. Villavaso be allowed to bypass normal Bureau of Prisons procedures and serve the remainder of his sentence on home confinement.[1]

Given the Government's consent, however, **IT IS ORDERED** that Mr. Villavaso shall be temporarily released from custody solely for the purpose of attending the May 25, 2016

---

[1] According to Mr. Villavaso's motion, the United States Probation Department has determined his expected release date to be August 16, 2016.

1

important family event discussed in the parties' written submissions and at the April 20, 2016 sentencing.  Defense counsel, the Government, the United States Marshal's Service, and the probation officer are instructed to confer and negotiate the conditions necessary for that temporary release, including attendant security measures, with all such matters being approved by both the United States Probation Office and the United States Marshal's Service.  Finally, once the necessary plans are made, **IT IS FURTHER ORDERED** that they be communicated to the Court in writing.

    New Orleans, Louisiana, this <u>20th</u> day of May 2016.

                                        **KURT D. ENGELHARDT**
                                        **Chief Judge, United States District Court**